Keith D. Cable, Esq., SBN 170055
**CABLE GALLAGHER**
101 Parkshore Drive, Suite 100
Folsom, CA  95630
916/608-7995 Tel.
916/608-7986 Fax

Attorneys for Defendant
GURENDERJEET SANDHU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GURLAL SINGH SANDHU;<br>GURENDERJEET SANDHU; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:13-CV-01783-JAM-KJN<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 5, 2014<br>Time: 9:30 a.m.<br>Courtroom: 6 (14th Floor)<br>Judge: Hon. John A. Mendez |

On November 5, 2014 at 9:30 a.m. in Courtroom 6, Plaintiff Scott Johnson's motion for summary judgment came before the Court for hearing. Plaintiff appeared through counsel, Russell Handy of The Center for Disability Access. Defendant Gurenderjeet Sandhu appeared through counsel, Keith D. Cable of the Cable Gallagher law firm.

1

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Having reviewed the moving and opposition papers, and having heard oral argument, the Court rules as follows:

Plaintiff's motion is denied as to the First Cause of Action under the ADA. Plaintiff has failed to meet his burden under FRCP 56(a) that there is no genuine dispute that the ADA barriers remain. In fact, during oral argument, Plaintiff's counsel conceded that the barriers alleged to have existed at the time of Plaintiff's visits have been rendered ADA-compliant. Since injunctive relief is the only remedy available under the ADA, when an alleged ADA violation is remedied, it renders a pending ADA claim moot. See Feezor v. Patterson, 896 F.Supp.2d 895, 901, n.4 (E.D. Cal. 2012). Therefore, Plaintiff's ADA claim is dismissed with prejudice.

Conversely, and in light of Plaintiff's concession that the alleged barriers have been remedied, the Court grants summary judgment *sua sponte* in favor of Defendant as to the First Cause of Action under the ADA. See Celotex Corp. v. Catrett (1986) 477 U.S. 317, 326, 106 S.Ct. 2548, 2554.

Since the federal ADA claim is dismissed, the Court declines to exercise jurisdiction over Plaintiff's supplemental state law claims which allege violations of the Unruh Civil Rights Act, Disabled Persons Act, and for negligence. See Religious Tech. Ctr v. Wollersheim, 971 F.2d 364, 367-68 (9th Cir. 1992)(the general rule is when federal claims are dismissed before trial pendent state claims should also be dismissed). Therefore, Plaintiff's supplemental state law claims are dismissed without prejudice.

1  **IT IS SO ORDERED.**

3  DATED: 11/14/2014.

                              /s/ John A. Mendez
                              UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT